# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>COMMANDER DEREK D. BUTLER, JAGC, USN; VICE ADMIRAL DARSE E. CRANDALL JR., JAGC, USN; CARLOS DEL TORO; CAROLINE D. KRASS; and LLOYD J. AUSTIN, III, <br><br>　　　　Defendants. | Case No.: 22-cv-1455-BTM-KSC <br><br> **ORDER GRANTING JOINT MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

　　For good cause shown, the Court **grants** the parties' joint motion to vacate the current briefing schedule on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. The Court **vacates** the briefing schedule set forth in the minute order dated September 29, 2022. The parties are ordered to file a joint status report no later than October 27, 2022, addressing the status of Defendants' anticipated release of documents as well as the parties' positions regarding briefing on the Motion for a Temporary Restraining Order and Preliminary Injunction.

**IT IS SO ORDERED**

Dated: October 6, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　United States District Judge