RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER
Assistant U.S. Attorney
California Bar No. 222629
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7634
Fax: (619) 546-7751
Email: Katherine.parker@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMANDER DEREK D. BUTLER, JAGC, USN; VICE ADMIRAL DARSE E. CRANDALL JR., JAGC, USN; CARLOS DEL TORO; CAROLINE D. KRASS; and LLOYD J. AUSTIN, III, <br><br> Defendants. | Case No.: 22-cv-1455-BTM-KSC <br><br> **JOINT STATUS REPORT** <br><br> JUDGE:   Hon. Barry Ted Moskowitz |

The parties to this action submit this Joint Status Report in accordance with the Court's October 6, 2022 Order. Doc. No. 16. In this action, Plaintiff seeks an order requiring Defendants to release records from the Navy's court martial of Seaman Recruit Ryan Mays and seeks declaratory and injunctive relief regarding the Navy's policies and practices pertaining to public access to court martial records. Defendants are prepared to begin releasing the records related to the Ryan Mays court martial. That process has not begun, however, due to the delay in receiving a Privacy Act waiver from Mr. Mays, which his counsel previously indicated would be provided, and which Defendants indicated they would require before releasing the records. (As set forth in the parties' prior submission, Plaintiff does not believe a Privacy Act waiver is required for this release of records).

Following weeks of efforts by Plaintiff's counsel to obtain the signed waiver, on October 27, 2022 (the date of this filing), Mr. Mays stated via email that he agrees to the Privacy Act waiver. Mr. Mays' counsel has represented that his client has been experiencing technical difficulties with providing his signature on the waiver. In the afternoon on October 27, 2022, Defendants' counsel forwarded Mr. Mays' email agreeing to the waiver to the Defendants in this matter. Counsel has not yet received a response from Defendants whether they will begin releasing the records in reliance on Mr. Mays' email, in the absence of a signed Privacy Act waiver.

In light of the delay in release of the records at issue, the parties request an order: (1) extending the stay of the briefing schedule on Plaintiff's motion for a TRO and PI and (2) staying Defendants' deadline to respond to the Complaint, which currently falls on November 28, 2022. The parties will file a joint status report no later than November 28, 2022.

A proposed order granting this joint motion will be submitted in accordance with the local rules.

| | | |
|---|---|---|
| DATED: | October 27, 2022 | Respectfully submitted, |

RANDY S. GROSSMAN
United States Attorney

s/ *Katherine L. Parker*
KATHERINE L. PARKER
Assistant United States Attorney
Chief, Civil Division
Attorneys for Defendants


PRO PUBLICA, INC.

 s/ *Sarah Matthews*
SARAH MATTHEWS

Attorney for Plaintiff

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Sarah Matthews and that I have obtained authorization from her to affix her electronic signature to this document.

By: *s/Katherine L. Parker*
KATHERINE L. PARKER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28