RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER
Assistant U.S. Attorney
California Bar No. 222629
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7634
Fax: (619) 546-7751
Email: Katherine.parker@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> COMMANDER DEREK D. BUTLER, JAGC, USN; VICE ADMIRAL DARSE E. CRANDALL JR., JAGC, USN; CARLOS DEL TORO; CAROLINE D. KRASS; and LLOYD J. AUSTIN, III, <br><br>    Defendants. | Case No.: 22-cv-1455-BTM-KSC <br><br> **JOINT STATUS REPORT** <br><br> JUDGE:   Hon. Barry Ted Moskowitz |

The parties to this action submit this Joint Status Report in accordance with the Court's December 12, 2022 Order. Doc. No. 22. In this action, Plaintiff sought an order requiring Defendants to release records from the Navy's court-martial of Seaman Recruit Ryan Mays and seeks declaratory and injunctive relief regarding the Navy's policies and practices pertaining to public access to court-martial records. As set forth in the parties' most recent Joint Status Report, Plaintiff has challenged Defendants' redaction of information and withholding of records from the Mays court-martial file, and has requested records from other court-martial proceedings. During the time since the parties' November 28, 2022 status report, Defendants have continued to analyze the legal implications of this

case for the Navy and for the other Service Branches. That process has entailed collaboration among multiple Navy and Department of Defense components. Defendants have been diligently engaging in their analysis of the issues before the Court but are not yet prepared to report the results of that process to Pro Publica or to the Court. Defendants accordingly request that the stay of deadlines in this matter be continued, with the parties to provide their next Joint Status Report no later than January 25, 2023. Plaintiff does not object to this additional delay, with the understanding that Defendants will make their best efforts to respond to Plaintiff's objections and requests, as set forth above, no later than January 20, 2023. Plaintiff does not intend to agree to any further delays.

      A proposed order granting this request will be submitted in accordance with the local rules.

DATED:    January 4, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

s/ *Katherine L. Parker*
KATHERINE L. PARKER
Attorneys for Defendants

PRO PUBLICA, INC.

 s/ *Sarah Matthews*
SARAH MATTHEWS

Attorney for Plaintiff

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Sarah Matthews and that I have obtained authorization from her to affix her electronic signature to this document.

By: s/*Katherine L. Parker*
KATHERINE L. PARKER