THEODORE J. BOUTROUS JR., SBN 132099
    tboutrous@gibsondunn.com
MICHAEL H. DORE, SBN 227442
    mdore@gibsondunn.com
JILLIAN LONDON, SBN 319924
    jlondon@gibsondunn.com
MARISSA MULLIGAN, SBN 319734
    mmulligan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   (213) 229-7000
Facsimile:   (213) 229-7520

SARAH MATTHEWS, SBN 294864
    sarah.matthews@propublica.org
PROPUBLICA
115 Avenue of the Americas, 13th Fl.
New York, NY 10013
Telephone: (212) 514-5250

MATTHEW G. HALGREN, SBN 305918
    mhalgren@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Fl.
San Diego, CA 92101
Telephone:  (619) 338-6500
Facsimile:   (619) 234-3815

Attorneys for PRO PUBLICA, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRO PUBLICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMANDER DEREK D. BUTLER, JAGC, USN; VICE ADMIRAL DARSE E. CRANDALL JR., JAGC, USN; CARLOS DEL TORO; CAROLINE D. KRASS; and LLOYD J. AUSTIN, III, <br><br> Defendants. | Case No.: 22-cv-1455-BTM-KSC <br><br> **JOINT STATUS REPORT** <br><br> JUDGE:   Hon. Barry Ted Moskowitz |

The parties to this action submit this Joint Status Report in accordance with the Court's February 8, 2023 Order. Doc. No. 28. In this action, Plaintiff seeks an order requiring Defendants to release records from the Navy's court-martial of Seaman Recruit Ryan Mays and seeks declaratory and injunctive relief regarding the Navy's policies and practices pertaining to public access to court-martial records. In the parties' most recent Joint Status Report, the parties informed the Court that the Navy had informed Plaintiff of its intention to release certain material that had been redacted from its prior records releases. The Navy has now provided certain additional court records from the Mays case but continues to withhold other court records, which it has not yet identified to Plaintiff. The Navy is working to provide Plaintiff with a Vaughn index that will set forth the documents from the Mays case that the Navy is withholding and the reasons for this denial of public access. Plaintiff is currently awaiting the Navy's estimated timeline for producing this Vaughn index. Accordingly, the parties jointly request that the stay of pending deadlines be continued, and that the parties' next Joint Status Report be due no later than March 22, 2023.

A proposed order granting this request will be submitted in accordance with the local rules.

DATED:   March 15, 2023

Respectfully submitted,

PRO PUBLICA, INC.

s/ *Sarah Matthews*
SARAH MATTHEWS

Attorneys for Plaintiff

RANDY S. GROSSMAN
United States Attorney

s/ *Katherine L. Parker*
KATHERINE L. PARKER
Attorneys for Defendants

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Katherine L. Parker and that I have obtained authorization from her to affix her electronic signature to this document.

By: *s/ Sarah Matthews*
      SARAH MATTHEWS