# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMANDER DEREK D. BUTLER, JAGC, USN; VICE ADMIRAL DARSE E. CRANDALL JR., JAGC, USN; CARLOS DEL TORO; CAROLINE D. KRASS; and LLOYD J. AUSTIN, III, <br><br> Defendants. | Case No.: 22-cv-1455-BTM-KSC <br><br> **ORDER STAYING BRIEFING SCHEDULE AND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

On March 23, 2023, the Court continued a stay of the briefing schedule on (1) Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion") and (2) Defendants' deadline to respond to the Complaint. ECF No. 32. In accordance with the Court's Order, the parties filed a joint status report on April 5, 2023. The parties request that the Court continue the stay to give the Navy additional time to produce a Vaughn index that will set forth the documents from the Mays case that the Navy is withholding and the reasons for this denial of public access.

For good cause shown, the briefing schedule on Plaintiff's Motion and Defendants' deadline to respond to the Complaint are both **stayed**. The parties must file a joint status report no later than April 21, 2023.

**IT IS SO ORDERED.**

Dated: April 7, 2023

Honorable Barry Ted Moskowitz
United States District Judge