# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMANDER DEREK D. BUTLER, JAGC, USN; VICE ADMIRAL DARSE E. CRANDALL JR., JAGC, USN; CARLOS DEL TORO; CAROLINE D. KRASS; and LLOYD J. AUSTIN, III, <br><br> Defendants. | Case No.: 22-cv-1455-BTM-KSC <br><br> **ORDER WITHDRAWING MOTION AND GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |

On April 7, 2023, the Court continued a stay of the briefing schedule on (1) Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion") and (2) Defendants' deadline to respond to the Complaint. (ECF No. 34). In accordance with the Court's Order, the parties filed a joint status report on April 21, 2023. Plaintiff now seeks to withdraw its Motion and amend its complaint, due to the factual development of the record since the complaint and Motion were filed. Defendants do not object. (ECF No. 35).

For good cause shown, the Motion (ECF No. 2) is now withdrawn, and Plaintiff may file an amended complaint on or before May 19, 2023, with Defendants' responsive pleading due June 23, 2023.

**IT IS SO ORDERED.**

Dated: April 25, 2023

Honorable Barry Ted Moskowitz
United States District Judge