# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMANDER DEREK D. BUTLER, JAGC, USN; VICE ADMIRAL DARSE E. CRANDALL JR., JAGC, USN; CARLOS DEL TORO; CAROLINE D. KRASS; and LLOYD J. AUSTIN, III, <br><br> Defendants. | Case No.: 22-cv-1455-BTM-KSC <br><br> **ORDER DENYING MOTION TO FILE AMICUS BRIEF** <br><br> **[ECF NO. 14]** |

   Pending before the Court is a motion to file an amicus brief filed by the Reporters Committee for Freedom of the Press. (ECF No. 14). The amicus brief addresses Plaintiff's motion for a temporary restraining order, which has been withdrawn. (ECF Nos. 2, 35, & 36). Because the amicus brief addresses a withdrawn motion, it is moot. The motion to file the brief is thus **denied** without prejudice.

   **IT IS SO ORDERED.**

Dated:  August 10, 2023

_____
Honorable Barry Ted Moskowitz
United States District Judge