THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
JILLIAN LONDON, SBN 319924
  jlondon@gibsondunn.com
MARISSA MULLIGAN, SBN 319734
  mmulligan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

SARAH MATTHEWS, SBN 294864
  sarah.matthews@propublica.org
PRO PUBLICA, INC.
115 Avenue of the Americas, 13th Fl.
New York, NY 10013
Telephone: (212) 514-5250

TENAYA M. RODEWALD, SBN 248563
  trodewald@sheppardmullin.com
MATTHEW G. HALGREN, SBN 305918
  mhalgren@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 18th Fl.
San Diego, CA 92101
Telephone: (619) 338-6500

*Attorneys for PRO PUBLICA, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC.,<br><br><br>Plaintiff,<br><br>v.<br><br><br><br>MAJOR GENERAL DAVID J. BLIGH;<br>JOHN PHELAN; EARL G. MATTHEWS;<br>and PETE HEGSETH,<br><br>Defendants. | **Case No. 3:22-cv-1455-BTM-KSC**<br><br>**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT PROPOSED REVISIONS TO JUDGMENT** |

Plaintiff Pro Publica, Inc. ("ProPublica" or "Plaintiff") and Defendants Major General David J. Bligh, John Phelan, Earl G. Matthews, and Pete Hegseth (collectively, "Defendants" and, together with Plaintiff, the "Parties") hereby jointly move to extend the deadline to file proposed revisions to the final judgment and briefs in support thereof from December 8, 2025 to December 12, 2025.  Dkt. 128.

There is good cause for this request.  The parties had agreed to file a joint motion to set a deadline of December 12, 2025 to submit proposed revisions to the final judgment.  The parties were in the process of finalizing the motion for filing on November 25, 2025, when the Court issued its order setting a deadline of December 8, 2025.  In light of the heavy workflow created by resuming numerous matters after the conclusion of the shutdown, the Government seeks additional time to submit its proposed revisions to the final judgment and its brief in support thereof, and ProPublica does not oppose that extension.  Granting a modest extension of the deadline would therefore facilitate a more efficient and thorough process by permitting the parties more time to prepare their respective submissions.  This request is not due to any party's lack of diligence.

DATED: November 26, 2025

Respectfully submitted,

By: */s/ Marissa Mulligan*

MARISSA MULLIGAN
Gibson, Dunn & Crutcher LLP

*Attorney for Plaintiff*

ANDREW HADEN
First Assistant United States Attorney

KATHERINE L. PARKER
Chief, Civil Division

ERIN M. DIMBLEBY
Assistant U.S. Attorney

MARY CILE GLOVER-ROGERS
Assistant U.S. Attorney


*/s/ Juliet M. Keene*
JULIET M. KEENE
Assistant U.S. Attorney

*Attorneys for Defendants*

JOINT MOTION TO EXTEND DEADLINE TO SUBMIT PROPOSED REVISIONS TO JUDGMENT

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for Defendants and that I have obtained authorization to affix their electronic signatures to this document.

Dated: November 26, 2025

By: */s/ Marissa Mulligan*

MARISSA MULLIGAN
Gibson, Dunn & Crutcher LLP

*Attorney for Plaintiff*