# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br> Plaintiff, <br> v. <br><br> MAJOR GENERAL DAVID J. BLIGH; JOHN PHELAN; EARL G. MATTHEWS; and PETE HEGSETH, <br><br> Defendants. | Case No. 3:22-cv-1455-BTM-KSC <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT PROPOSED REVISIONS TO JUDGMENT** |

For good cause shown, the parties' joint extension motion is **granted**. The parties shall submit proposed revisions for the final judgment and briefs in support thereof no later than December 12, 2025.

**IT IS SO ORDERED**.
Dated: December 3, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge