# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., | Case No. 22-cv-1455-BTM-KSC |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| MAJOR GENERAL DAVID J. BLIGH; JOHN PHELAN; EARL G. MATTHEWS; AND PETE HEGSETH, | |
| Defendants. | |

1  The Court will hold a hearing on February 2, 2026 at 1:15 PM as to the form of the judgment. The Court will send a proposed form of the judgment to counsel in advance of the hearing and will entertain comments at the hearing. The Court solicits written briefing on the issue of whether Article 32 reports that are not filed should be made available to the Plaintiff. See proposed judgment at 3, lines 27-28. Any written submissions shall be limited to five pages and filed by 5:00 PM on January 29, 2026.

**IT IS SO ORDERED**.

Dated: January 26, 2026

Honorable Barry Ted Moskowitz
United States District Judge