THEODORE J. BOUTROUS, JR. (No. 132099)
 tboutrous@gibsondunn.com
MICHAEL H. DORE (No. 227442)
 mdore@gibsondunn.com
JILLIAN LONDON (No. 319924)
 jlondon@gibsondunn.com
MARISSA MULLIGAN (No. 319734)
 mmulligan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

SARAH MATTHEWS, SBN 294864
 sarah.matthews@propublica.org
PRO PUBLICA, INC.
155 Avenue of the Americas, 13th Fl.
New York, NY 10013
Telephone: (212) 514-5250

TENAYA M. RODEWALD (No. 248563)
 trodewald@sheppardmullin.com
MATTHEW G. HALGREN (No. 305918)
 mhalgren@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 18th Fl.
San Diego, CA 92101
Telephone: (619) 338-6500

*Attorneys for PRO PUBLICA, INC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> MAJOR GENERAL DAVID J. BLIGH; JOHN PHELAN; EARL G. MATTHEWS; and PETE HEGSETH, <br><br>  Defendants. | **Case No. 3:22-cv-1455-BTM-KSC** <br><br> **PLAINTIFF PRO PUBLICA, INC.'S CITATION OF ADDITIONAL AUTHORITIES** <br><br><br> Judge: Hon. Barry Ted Moskowitz <br><br><br> Complaint Filed: September 27, 2022 |

Plaintiff Pro Publica, Inc. would like to bring the Court's attention to additional authorities that the Court may find useful in finalizing the judgment in this case. ProPublica identified these authorities while preparing for today's hearing and is bringing them to the Court's attention as soon as possible after identifying them. The authorities, which are attached hereto, are:

EXHIBIT A:   Rules for Courts-Martial, Rule 1106(c)

EXHIBIT B:   Rules for Courts-Martial, Rule 1106A(d)

EXHIBIT C:   Military Rules of Evidence, Rule 505(l)

EXHIBIT D:   *In re Washington Post Co.*, 807 F.2d 383 (4th Cir. 1986)

EXHIBIT E:   *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016)

ProPublica will be prepared to discuss these authorities at today's hearing.

Dated: February 2, 2026

Respectfully submitted,

By:   *s/ Matthew G. Halgren*
Matthew G. Halgren

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   *s/ Sarah Matthews*
Sarah Matthews

PRO PUBLICA, INC.

*Attorneys for Plaintiff*