THEODORE J. BOUTROUS, JR. (No. 132099)
  tboutrous@gibsondunn.com
MICHAEL H. DORE (No. 227442)
  mdore@gibsondunn.com
JILLIAN LONDON (No. 319924)
  jlondon@gibsondunn.com
MARISSA MULLIGAN (No. 319734)
  mmulligan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

SARAH MATTHEWS (No. 294864)
  sarah.matthews@propublica.org
PRO PUBLICA, INC.
155 Avenue of the Americas, 13th Fl.
New York, NY 10013
Telephone: (212) 514-5250

TENAYA M. RODEWALD (No. 248563)
  trodewald@sheppardmullin.com
MATTHEW G. HALGREN (No. 305918)
  mhalgren@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 18th Fl.
San Diego, CA 92101
Telephone: (619) 338-6500

*Attorneys for PRO PUBLICA, INC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRO PUBLICA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAJOR GENERAL DAVID J. BLIGH; JOHN PHELAN; EARL G. MATTHEWS; and PETE HEGSETH,<br><br>　　　　Defendants. | Case No. 3:22-cv-1455-BTM-KSC<br><br>**PLAINTIFF PRO PUBLICA, INC.'S NOTICE OF MOTION AND MOTION UNDER F.R.C.P. 60(A)**<br><br>Judge: Hon. Barry Ted Moskowitz<br>Hearing: April 3, 2026 at 11:00 a.m.<br><br>PER CHAMBERS, THERE WILL BE NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Complaint Filed: September 27, 2022 |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 **PLEASE TAKE NOTICE** that on April 3, 2026, at 11:00 a.m., or as soon
3 thereafter as the matter may be heard, in Courtroom 15B of the United States District
4 Court for the Southern District of California, located at 333 West Broadway, San Diego,
5 CA 92101, Plaintiff Pro Publica, Inc. ("ProPublica"), by and through the undersigned
6 counsel, will and hereby does respectfully move under Federal Rule of Civil Procedure
7 60(a) for three corrections to the Final Judgment issued on February 10, 2026.

9 Dated: February 13, 2026                    Respectfully submitted,

11                                            By:   *s/ Sarah Matthews*
12                                                  Sarah Matthews

13                                            PRO PUBLICA, INC.

14                                            *Attorney for Plaintiff*

1   Pro Publica, Inc. ("ProPublica") respectfully submits this motion under Federal Rule of Civil Procedure 60(a) to bring to the Court's attention three apparent discrepancies between the Court's ruling from the bench on February 2, 2026, and the Final Judgment issued on February 10, 2026 ("Judgment"), in case they may have been inadvertent oversights.

First, at the hearing, the Court stated that it would add a sentence to the Judgment "that the Defendants shall comply with the procedural requirements of the First Amendment." Tr. 11:9-10; Tr. 8:12-18 (ProPublica counsel explaining that the procedural requirements are "notice and an opportunity to be heard and specific findings on the record") (citing *Oregonian Pub. v. Dist. Ct.*, 920 F.2d 1462 (9th Cir. 1990); *Press-Enter. Co. v. Super. Ct.*, 478 U.S. 1 (1986)). The Judgment omits this language.

Second, at the hearing, the Court stated that it would remove the requirement that a request for records be "valid." Tr. 34:16-17 ("The word 'valid' will be removed from page 3, line 14."); Tr. 39:20-21 ("I think the word 'valid' is too open-ended."). The Court indicated it would instead require that the request be made "to the appropriate office," which would be published by the Navy. Tr. 41:5-6 ("I am thinking of a request to the appropriate office."); Tr. 42:4-5 ("The Navy will just have to publish the appropriate office."). However, the Judgment still requires a "valid" request before transcripts will be made available and similarly requires a "proper" request before other records are made available. Judgment at 3, lines 2, 5.

Finally, at the hearing, the Court indicated that the 30-day timeframe for release of Article 32 records provided in the proposed judgment would remain but would include the additional language "as soon as practicable" so that it would read "as soon as practicable but no later than 30 days." Tr. 45:20-46:9. However, the Judgment applies the longer 60-day timeframe to all records requests, including even Article 32 records.

To the extent the Court wishes to revise its Judgment accordingly, ProPublica has attached a proposed redline for the Court's consideration as Exhibit A.

| | |
|---|---|
| 1  Dated: February 13, 2026 | Respectfully submitted, |

By:   <u>*s/ Sarah Matthews*</u>
        Sarah Matthews

PRO PUBLICA, INC.

*Attorney for Plaintiff*