# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAJOR GENERAL DAVID J. BLIGH; JOHN PHELAN; EARL G. MATTHEWS; AND PETE HEGSETH,<br><br>　　　　Defendants. | Case No. 22-cv-1455-BTM-KSC<br><br>**ORDER GRANTING IN PART EMERGENCY MOTION TO STAY RELEASE OF RECORDS**<br><br>**[ECF NO. 141, 142, 143]** |

　　　The Court entered final judgment in this case on February 10, 2026, and ordered the Navy to "publicly release, within thirty (30) days . . . the court records from *United States v. Mays*, consistent with the First Amendment." (ECF No. 140, at 3.)  On February 13, 2026, the Plaintiff filed a motion under Federal Rule of Civil Procedure 60(a). (ECF No. 141.)  Then on March 6, 2026, the Defendants filed an emergency motion to stay the records production for "at least sixty (60) days after the Court rules on Plaintiff's Rule 60(a) Motion." (ECF No. 142, at 2.)  The Defendants also filed an *ex parte* application to shorten the briefing schedule for the emergency motion. (ECF No. 143.)

1    Having considered the motions, the Court **GRANTS IN PART** the emergency
2  motion.  The release of the court records from *United States v. Mays* is stayed until
3  April 2, 2026.  The application to shorten the briefing schedule is **DENIED** as moot.
4    The Defendants' request for a stay pending appeal of all records in the case of
5  *United States v. Mays* is clearly overbroad.  The Defendants shall set forth each
6  individual record that they want to have production stayed pending appeal and the basis
7  for the appeal.  The Defendants shall file the supplementation to their motion and their
8  response to Plaintiff's Rule 60 motion by March 23, 2026, and the Plaintiff may respond
9  by March 30, 2026.  The parties will appear before the Court on April 2, 2026, at 12
10 p.m.  to argue this matter and the Rule 60 motion.  The hearing scheduled for April 3,
11 2026, is vacated.
12    **IT IS SO ORDERED**.
13 Dated:  March 9, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge