# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO PUBLICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR GENERAL DAVID J. BLIGH; JOHN PHELAN; EARL G. MATTHEWS; AND PETE HEGSETH,<br><br>Defendants. | Case No. 22-cv-1455-BTM-KSC<br><br>**ORDER GRANTING MOTION TO ALTER JUDGMENT UNDER RULE 60(a)**<br><br>**[ECF NO. 141]** |

For good cause shown and for the reasons set forth on the record, the motion to alter the judgment is granted in part and denied in part.  (ECF No. 141).  The judgment will be altered to add this sentence:  "The Navy must also comply with the procedural requirements of the First Amendment (notice and an opportunity to be heard and specific findings on the record)."  The words "proper" and "valid" will be deleted from page 3, lines 2 and 5.  And the judgment will be altered to add this sentence on page 3: "Requests must be made to the appropriate office, which the Navy will publish."  The request to make records from Article 32 proceedings available within thirty (30) days is denied.

**IT IS SO ORDERED**.

Dated:  April 9, 2026

Honorable Barry Ted Moskowitz
United States District Judge