## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Southern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 22-cv-1455-BTM-KSC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 09/27/2022

Date of judgment or order you are appealing: | 04/10/2026

Docket entry number of judgment or order you are appealing: | 151

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ⦿ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

David J. Bligh; Hung Cao; Earl G. Matthews; Pete Hegseth

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | s/ Betsey Boutelle | **Date** | Jun 4, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| David J. Bligh; John Phelan; Earl G. Matthews; Pete Hegseth |

Name(s) of counsel (if any):

| |
|---|
| Betsey Boutelle<br>Assistant U.S. Attorney, Southern District of California |

Address: 880 Front St., Ste. 6293

Telephone number(s): (619) 546-8764

Email(s): betsey.boutelle@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Pro Publica, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Theodore J. Boutrous, Jr.; Michael H. Dore; Jillian London; Marissa Mulligan |

Address: 333 S. Grand Avenue, Los Angeles, CA 90071

Telephone number(s): (213) 229-7000

Email(s): tboutrous@gibsondunn.com; mdore@gibsondunn.com; jlondon@gibso

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Pro Publica, Inc. [same]

Name(s) of counsel (if any):

Sarah Matthews

Address: 155 Avenue of the Americas, 13th Fl., New York, NY 10013

Telephone number(s): (212) 514-5250

Email(s): sarah.matthews@propublica.org

Name(s) of party/parties:

Pro Publica, Inc. [same]

Name(s) of counsel (if any):

Tenaya M. Rodewald; Matthew G. Halgren

Address: 501 West Broadway, 18th Fl., San Diego, CA 92101

Telephone number(s): (619) 338-6500

Email(s): trodewald@sheppardmullin.com; mhalgren@sheppardmullin.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*